UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————x
GOLDMAN, SACHS & CO., :
:
           Plaintiff, :   **NOTICE OF APPEARANCE**
:
           -vs- :   CASE NO. 13 CV 1319
:
NORTH CAROLINA MUNICIPAL :   ECF Case
POWER AGENCY NUMBER ONE, :
:
           Defendant. :
:
———————————————————x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        Please enter my appearance as counsel in this case for plaintiff Goldman, Sachs & Co.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        March 1, 2013

                                     /s/ David H. Braff
                                     David H. Braff
                                     SULLIVAN & CROMWELL LLP
                                     125 Broad Street
                                     New York, New York 10004-2498
                                     braffd@sullcrom.com
                                     Tel: (212) 558-4000
                                     Fax: (212) 558-3588