UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————x
GOLDMAN, SACHS & CO.,              :
                                   :
            Plaintiff,             :
                                   :    **NOTICE OF APPEARANCE**
       -vs-                        :
                                   :    CASE NO. 13 CV 1319
NORTH CAROLINA MUNICIPAL           :
POWER AGENCY NUMBER ONE,           :    ECF Case
                                   :
            Defendant.             :
                                   :
——————————————————x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel in this case for plaintiff Goldman, Sachs & Co.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
       March 1, 2013

                                       /s/ Matthew A. Schwartz
                                       Matthew A. Schwartz
                                       SULLIVAN & CROMWELL LLP
                                       125 Broad Street
                                       New York, New York 10004-2498
                                       schwartzmatthew@sullcrom.com
                                       Tel: (212) 558-4000
                                       Fax: (212) 558-3588