UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
GOLDMAN, SACHS & CO., :
:
               Plaintiff, : **NOTICE OF APPEARANCE**
:
               -vs- : CASE NO. 13 CV 1319
:
NORTH CAROLINA MUNICIPAL : ECF Case
POWER AGENCY NUMBER ONE, :
:
             Defendant. :
:
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       Please enter my appearance as counsel in this case for plaintiff Goldman, Sachs & Co.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
       March 1, 2013

                                                /s/ Andrew H. Reynard
                                                Andrew H. Reynard
                                                Sullivan & Cromwell LLP
                                                125 Broad Street
                                                New York, New York 10004-2498
                                                reynarda@sullcrom.com
                                                Tel: (212) 558-4000
                                                Fax: (212) 558-3588