UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x
GOLDMAN, SACHS & CO.,                   :
                                        :
                    Plaintiff,          :
                                        :   CASE NO. 13 CV 1319
        -vs-                            :
                                        :
NORTH CAROLINA MUNICIPAL                :   ECF Case
POWER AGENCY NUMBER ONE,                :
                                        :
                    Defendant.          :
                                        :
―――――――――――――――――――――x

**CORPORATE DISCLOSURE STATEMENT**
**OF PLAINTIFF GOLDMAN, SACHS & CO.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Goldman, Sachs & Co., by its undersigned counsel, certifies that it is an indirectly wholly-owned subsidiary of The Goldman Sachs Group, Inc. ("GS Group"), which is a corporation organized under the laws of Delaware and whose shares are publicly traded on the New York Stock Exchange. GS Group has no parent corporation and, to the best of GS Group's knowledge, no publicly held company owns 10% or more of the common stock of GS Group.

Dated: March 1, 2013
       New York, New York

                                        By: /s/ Matthew A. Schwartz
                                        SULLIVAN & CROMWELL LLP
                                        Matthew A. Schwartz
                                        schwartzmatthew@sullcrom.com
                                        125 Broad Street
                                        New York, New York 10004-2498
                                        Telephone: (212) 558-4000
                                        Facsimile: (212) 558-3588

                                        *Counsel for Plaintiff Goldman, Sachs & Co.*