UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

GOLDMAN SACHS                                             Docket Number: 13 CV 1319 (PAC)

    -against-                                            NOTICE OF ASSIGNMENT

NORTH CAROLINA
-------------------------------------------------------

The above-entitled action is:

[ X ] Declined by Hon. RICHARD J. SULLIVAN (RJS)
      As  [X  ]Related/ [   ] Similar to case #: 12 CV 4558

[ X ] Assigned to the Hon. PAUL A. CROTTY (PAC)
      [ X ] Designated / [   ] Redesignated Hon. FRANK MAAS (FM),
    Magistrate Judge

[   ] Accepted by Hon.           as [   ] Related/ [   ] Similar to case #:
      [   ] Designated   [   ] Redesignated Hon.              ,Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

                                          Ruby J. Krajick
                                          Clerk of Court

Dated: 03/13/2013                                         By:    PHYLLIS ADAMIK
                                                   Deputy Clerk