AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Goldman, Sachs & Co. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-01319 |
| North Carolina Municipal Power Agency Number One | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

North Carolina Municipal Power Agency Number One                    .

Date:  03/21/2013                                                            /s/ Kevin Madonna
                                                                                      *Attorney's signature*

                                                                         Kevin Madonna, 2981181
                                                                         *Printed name and bar number*

                                                                         48 Dewitt Mills Road
                                                                         Hurley, NY 12443
                                                                                      *Address*

                                                                         kmadonna@kennedymadonna.com
                                                                                      *E-mail address*

                                                                         (845) 481-2622
                                                                                *Telephone number*

                                                                         (845) 230-3111
                                                                                    *FAX number*