# KENNEDY & MADONNA, LLP
*Attorneys at Law*

48 DEWITT MILLS ROAD
HURLEY, NEW YORK 12443



ROBERT F KENNEDY, JR
KEVIN J MADONNA

(845) 481-2622
(845) 230-3111 (fax)
kmadonna@kennedymadonna.com

March 21, 2013

**VIA ELECTRONIC MAIL**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 735
New York, NY  10007
CrottyNYSDChambers@nysd.uscourts.gov
Marlon_Ovalles@nysd.uscourts.gov

Re: *Goldman, Sachs & Co. v North Carolina Municipal Power Agency Number One*, No. 13-cv-1319 (S.D.N.Y.) (PAC) – Defendant's Consent Request for an Extension of Time to Respond to the Complaint

Dear Judge Crotty:

On February 27, 2013, Plaintiff Goldman, Sachs & Co. ("Goldman Sachs") filed a complaint in the above-captioned action seeking injunctive relief. Defendant North Carolina Municipal Power Agency Number One ("NCMPA1") agreed to accept service by e-mail. The original answer date was March 20, 2013.

NCMPA1, by counsel, hereby moves the Court for an extension of the deadline by which it must file its response to the complaint for 30 days. NCMPA1 asks that the Court extend the deadline to April 19, 2013. The plaintiff, by counsel, has given its consent to this request. NCMPA1 has not previously requested an extension to respond to the complaint.

Wherefore, Defendant NCMPA1 requests that the date for its response to Goldman Sachs's complaint in this matter be extended to April 19, 2013.

Respectfully submitted,

/s/ Kevin Madonna
Kevin Madonna
*Counsel for Defendant*

cc:   All counsel of record

SO ORDERED: 03-22-13

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE