# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3-29-13

March 28, 2013

Via E-mail

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

Re:  *Goldman, Sachs & Co. v. North Carolina Municipal Power Agency Number One*, No. 13 cv 1319 (S.D.N.Y.) (PAC)

Dear Judge Crotty:

Pursuant to Rule 1E of your Honor's Individual Practices, I write on behalf of plaintiff Goldman, Sachs & Co. ("Goldman Sachs") to request an adjournment of the pre-motion conference that is currently scheduled for April 2, 2013 because counsel is unavailable due to the Passover holiday. This is Goldman Sachs' first request for an adjournment. Defendant has consented to this request, and I note that, since the parties' pre-motion correspondence to the Court was submitted, they have agreed to a stay of the underlying FINRA arbitration pending this Court's ruling on Goldman Sachs' proposed motion for an order preliminarily enjoining the FINRA arbitration. The parties therefore respectfully propose that the pre-motion conference be re-scheduled for April 16, 2013. If that date is not convenient for the Court, the parties are also available on the afternoon of April 9, 2013, and the morning of April 15, 2013.

Respectfully submitted,

*Matthew A. Schwartz* /MB

Matthew A. Schwartz

cc:  All Counsel of Record (by e-mail)

MEMO ENDORSED

Application GRANTED. The conference is adjourned to 4/16/13 at 5:00 pm in Courtroom 110.

SO ORDERED:
*Paul A. Crotty*   3-29-13
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE