UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

GOLDMAN, SACHS & CO.,

        Plaintiff,

   -vs-

NORTH CAROLINA MUNICIPAL
POWER AGENCY NUMBER ONE,

        Defendants.

----------------------------------x

**NOTICE OF MOTION**

13 CV 1319 (PAC)

ECF Case

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Goldman, Sachs & Co.'s Motion for a Preliminary Injunction, dated April 26, 2013, and the accompanying Declaration of Andrew H. Reynard and the exhibits attached thereto, plaintiff Goldman, Sachs & Co., by and through its counsel, will move this Court before the Honorable Paul A. Crotty, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined, for an order preliminarily enjoining defendant North Carolina Municipal Power Agency Number One from pursuing claims against Goldman Sachs brought in a Financial Industry Regulatory Authority arbitration commenced on December 21, 2012, captioned *North Carolina Municipal Power Agency Number One* v. *Goldman, Sachs & Co.*, FINRA No. 13-00005, and such other relief as this Court deems just and proper.

Dated: April 26, 2013
      New York, New York

By: /s/ David Braff
SULLIVAN & CROMWELL LLP
David H. Braff
Matthew A. Schwartz
Andrew H. Reynard
125 Broad Street
New York, NY  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3500
Email:  braffd@sullcrom.com
      schwartzmatt@sullcrom.com
      reynarda@sullcrom.com

*Attorneys for Plaintiff Goldman, Sachs & Co.*