# 2003C Refunding/Defeasance Schedules



EXHIBIT A

## SOURCES AND USES OF FUNDS

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

Dated Date    04/24/2003
Delivery Date 04/24/2003

| Sources: | 2003 PARS Refunding of Term 2018 & Partial 2015 | 2003 Def of Jan 2004 Series 1990 and 1993 Bonds | Total |
|---|---:|---:|---:|
| **Bond Proceeds:** | | | |
| Par Amount | 149,700,000.00 | | 149,700,000.00 |
| **Other Sources of Funds:** | | | |
| Equity Contribution | 21,721,380.97 | 20,168,456.81 | 41,889,837.78 |
| 1993 Interest Fund | 2,016,312.50 | | 2,016,312.50 |
| 1990 Principal Fund | | 917,500.00 | 917,500.00 |
| | 23,737,693.47 | 21,085,956.81 | 44,823,650.28 |
| | 173,437,693.47 | 21,085,956.81 | 194,523,650.28 |

| Uses: | 2003 PARS Refunding of Term 2018 & Partial 2015 | 2003 Def of Jan 2004 Series 1990 and 1993 Bonds | Total |
|---|---:|---:|---:|
| **Refunding Escrow Deposits:** | | | |
| Cash Deposit | 372.84 | | 372.84 |
| Open Market Purchases | 167,641,180.20 | 21,085,956.81 | 188,727,137.01 |
| | 167,641,553.04 | 21,085,956.81 | 188,727,509.85 |
| **Other Fund Deposits:** | | | |
| Reserve and Contingency Fund | 1,019,767.44 | | 1,019,767.44 |
| **Delivery Date Expenses:** | | | |
| Cost of Issuance | 292,805.00 | | 292,805.00 |
| Underwriter's Discount | 892,862.37 | | 892,862.37 |
| MBIA P&I Insurance Premium | 2,548,000.00 | | 2,548,000.00 |
| AMBAC P&I Insurance Premium | 690,844.98 | | 690,844.98 |
| MBIA Surety Bond Premium | 242,867.46 | | 242,867.46 |
| AMBAC Surety Bond Premium | 108,993.18 | | 108,993.18 |
| | 4,776,372.99 | | 4,776,372.99 |
| | 173,437,693.47 | 21,085,956.81 | 194,523,650.28 |

## SUMMARY OF REFUNDING RESULTS

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

| | |
|---|---|
| Dated Date | 04/24/2003 |
| Delivery Date | 04/24/2003 |
| Arbitrage yield | 3.881358% |
| Escrow yield | 1.117553% |
| | |
| Bond Par Amount | 149,700,000.00 |
| True Interest Cost | 3.639775% |
| Net Interest Cost | 3.600639% |
| Average Coupon | 3.552443% |
| Average Life | 12.375 |
| Duration | 10.005 |
| | |
| Par amount of refunded bonds | 181,720,000.00 |
| Average coupon of refunded bonds | 4.993764% |
| Average life of refunded bonds | 11.110 |
| | |
| PV of prior debt to 04/24/2003 @ 3.881358% | 202,161,579.72 |
| Net PV Savings | 8,858,680.95 |
| Percentage savings of refunded bonds | 4.874907% |
| Percentage savings of refunding bonds | 5.917623% |

## BOND SUMMARY STATISTICS

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

| | |
|---|---|
| Dated Date | 04/24/2003 |
| Delivery Date | 04/24/2003 |
| Last Maturity | 01/01/2018 |
| Arbitrage Yield | 3.881358% |
| True Interest Cost (TIC) | 3.639775% |
| Net Interest Cost (NIC) | 3.600639% |
| All-In TIC | 4.230876% |
| Average Coupon | 3.552443% |
| Average Life (years) | 12.375 |
| Duration of Issue (years) | 10.005 |
| Par Amount | 149,700,000.00 |
| Bond Proceeds | 149,700,000.00 |
| Total Interest | 65,811,163.78 |
| Net Interest | 66,704,026.15 |
| Total Debt Service | 215,511,163.78 |
| Maximum Annual Debt Service | 41,339,502.09 |
| Average Annual Debt Service | 14,674,488.17 |
| Underwriter's Fees (per $1000) | |
|   Average Takedown | 5.000000 |
|   Management Fee | 0.400000 |
|   Other Fee | 0.564344 |
| Total Underwriter's Discount | 5.964344 |
| Bid Price | 99.403566 |

| Bond Component | Par Value | Price | Average Coupon | Average Life |
|---|---|---|---|---|
| Term Bond Insured By AMBAC | 40,000,000.00 | 100.000 | 3.553% | 10.873 |
| Term Bond Insured by MBIA | 109,700,000.00 | 100.000 | 3.552% | 12.923 |
| | 149,700,000.00 | | | 12.375 |

| | TIC | All-In TIC | Arbitrage Yield |
|---|---|---|---|
| Par Value | 149,700,000.00 | 149,700,000.00 | 149,700,000.00 |
| + Accrued Interest | | | |
| + Premium (Discount) | | | |
| - Underwriter's Discount | (892,862.37) | (892,862.37) | |
| - Cost of Issuance Expense | | (292,805.00) | |
| - Other Amounts | | (3,590,705.62) | (3,590,705.62) |
| Target Value | 148,807,137.63 | 144,923,627.01 | 146,109,294.38 |
| Target Date | 04/24/2003 | 04/24/2003 | 04/24/2003 |
| Yield | 3.639775% | 4.230876% | 3.881358% |

## BOND PRICING

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

| Bond Component | Maturity Date | Amount | Rate | Yield | Price |
|---|---|---|---|---|---|
| Term Bond Insured By AMBAC: | | | | | |
| | 01/01/2014 | 32,525,000 | 3.500% | 3.500% | 100.000 |
| | 01/01/2015 | 7,475,000 | 3.500% | 3.500% | 100.000 |
| | | 40,000,000 | | | |
| Term Bond Insured by MBIA: | | | | | |
| | 01/01/2015 | 26,475,000 | 3.500% | 3.500% | 100.000 |
| | 01/01/2016 | 37,150,000 | 3.500% | 3.500% | 100.000 |
| | 01/01/2017 | 39,700,000 | 3.500% | 3.500% | 100.000 |
| | 01/01/2018 | 6,375,000 | 3.500% | 3.500% | 100.000 |
| | | 109,700,000 | | | |
| | | 149,700,000 | | | |

| | | |
|---|---|---|
| Dated Date | 04/24/2003 | |
| Delivery Date | 04/24/2003 | |
| First Coupon | 05/01/2003 | |
| Par Amount | 149,700,000.00 | |
| Original Issue Discount | | |
| Production | 149,700,000.00 | 100.000000% |
| Underwriter's Discount | (892,862.37) | (0.596434) |
| Purchase Price | 148,807,137.63 | 99.403566% |
| Accrued Interest | | |
| Net Proceeds | 148,807,137.63 | |

## SUMMARY OF BONDS REFUNDED

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

| Bond | Maturity Date | Interest Rate | Par Amount | Call Date | Call Price |
|---|---|---|---|---|---|
| Catawba Electric Revenue Bonds, Series 1990: | | | | | |
| ZERO | 01/01/2004 | 0.000% | 3,670,000.00 | | |
| Catawba Electric Revenue Bonds, Series 1993: | | | | | |
| SERMBIA | 01/01/2004 | 5.000% | 16,745,000.00 | | |
| TERM2015 | 01/01/2015 | 5.000% | 69,625,000.00 | 05/26/2003 | 102.000 |
| TERM2018 | 01/01/2018 | 5.000% | 91,680,000.00 | 05/26/2003 | 102.000 |
| | | | 178,050,000.00 | | |
| | | | 181,720,000.00 | | |

## SAVINGS

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

| Date | Prior Debt Service | Prior Receipts | Prior Net Cash Flow | Refunding Debt Service | Refunding Expenses | Refunding Net Cash Flow | Savings |
|---|---|---|---|---|---|---|---|
| 01/01/2004 | 8,065,250.00 | 2,016,312.50 | 6,048,937.50 | 3,667,650.02 | 325,203.33 | 3,992,853.35 | 2,056,084.15 |
| 01/01/2005 | 8,065,250.00 | | 8,065,250.00 | 5,326,825.02 | 473,980.56 | 5,800,805.58 | 2,264,444.42 |
| 01/01/2006 | 8,065,250.00 | | 8,065,250.00 | 5,312,270.86 | 473,980.56 | 5,786,251.42 | 2,278,998.58 |
| 01/01/2007 | 8,065,250.00 | | 8,065,250.00 | 5,312,270.86 | 473,980.56 | 5,786,251.42 | 2,278,998.58 |
| 01/01/2008 | 8,065,250.00 | | 8,065,250.00 | 5,312,270.86 | 473,980.56 | 5,786,251.42 | 2,278,998.58 |
| 01/01/2009 | 8,065,250.00 | | 8,065,250.00 | 5,326,825.02 | 473,980.56 | 5,800,805.58 | 2,264,444.42 |
| 01/01/2010 | 8,065,250.00 | | 8,065,250.00 | 5,312,270.86 | 473,980.56 | 5,786,251.42 | 2,278,998.58 |
| 01/01/2011 | 8,065,250.00 | | 8,065,250.00 | 5,312,270.86 | 473,980.56 | 5,786,251.42 | 2,278,998.58 |
| 01/01/2012 | 8,065,250.00 | | 8,065,250.00 | 5,312,270.86 | 473,980.56 | 5,786,251.42 | 2,278,998.58 |
| 01/01/2013 | 8,065,250.00 | | 8,065,250.00 | 5,326,825.02 | 473,980.56 | 5,800,805.58 | 2,264,444.42 |
| 01/01/2014 | 41,965,250.00 | | 41,965,250.00 | 37,837,270.86 | 473,980.56 | 38,311,251.42 | 3,653,998.58 |
| 01/01/2015 | 42,095,250.00 | | 42,095,250.00 | 38,108,085.08 | 317,372.67 | 38,425,457.75 | 3,669,792.25 |
| 01/01/2016 | 43,979,000.00 | | 43,979,000.00 | 40,103,331.56 | 213,472.08 | 40,316,803.64 | 3,662,196.36 |
| 01/01/2017 | 45,119,250.00 | | 45,119,250.00 | 41,339,502.09 | 118,182.36 | 41,457,684.45 | 3,661,565.55 |
| 01/01/2018 | 10,269,000.00 | | 10,269,000.00 | 6,601,223.95 | 16,351.92 | 6,617,575.87 | 3,651,424.13 |
| | 264,080,250.00 | 2,016,312.50 | 262,063,937.50 | 215,511,163.78 | 5,730,387.96 | 221,241,551.74 | 40,822,385.76 |

### Savings Summary

| | |
|---|---|
| Dated Date | 04/24/2003 |
| Delivery Date | 04/24/2003 |
| Savings PV rate | 3.881358% |
| PV of savings from cash flow | 29,560,294.48 |
| Less: Prior funds on hand | (21,721,380.97) |
| Plus: Refunding funds on hand | 1,019,767.44 |
| Net PV Savings | 8,858,680.95 |

## BOND DEBT SERVICE

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

Dated Date       04/24/2003
Delivery Date    04/24/2003

| Period Ending | Principal | Coupon | Interest | Debt Service |
|---|---|---|---|---|
| 01/01/2004 | | | 3,667,650.02 | 3,667,650.02 |
| 01/01/2005 | | | 5,326,825.02 | 5,326,825.02 |
| 01/01/2006 | | | 5,312,270.86 | 5,312,270.86 |
| 01/01/2007 | | | 5,312,270.86 | 5,312,270.86 |
| 01/01/2008 | | | 5,312,270.86 | 5,312,270.86 |
| 01/01/2009 | | | 5,326,825.02 | 5,326,825.02 |
| 01/01/2010 | | | 5,312,270.86 | 5,312,270.86 |
| 01/01/2011 | | | 5,312,270.86 | 5,312,270.86 |
| 01/01/2012 | | | 5,312,270.86 | 5,312,270.86 |
| 01/01/2013 | | | 5,326,825.02 | 5,326,825.02 |
| 01/01/2014 | 32,525,000 | 3.500% | 5,312,270.86 | 37,837,270.86 |
| 01/01/2015 | 33,950,000 | 3.500% | 4,158,085.08 | 38,108,085.08 |
| 01/01/2016 | 37,150,000 | 3.500% | 2,953,331.56 | 40,103,331.56 |
| 01/01/2017 | 39,700,000 | 3.500% | 1,639,502.09 | 41,339,502.09 |
| 01/01/2018 | 6,375,000 | 3.500% | 226,223.95 | 6,601,223.95 |
| | 149,700,000 | | 65,811,163.78 | 215,511,163.78 |

## PRIOR BOND DEBT SERVICE

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

| Period Ending | Principal | Coupon | Interest | Debt Service |
|---|---|---|---|---|
| 01/01/2004 | 20,415,000 | 5.000% | 8,902,500 | 29,317,500 |
| 01/01/2005 | | | 8,065,250 | 8,065,250 |
| 01/01/2006 | | | 8,065,250 | 8,065,250 |
| 01/01/2007 | | | 8,065,250 | 8,065,250 |
| 01/01/2008 | | | 8,065,250 | 8,065,250 |
| 01/01/2009 | | | 8,065,250 | 8,065,250 |
| 01/01/2010 | | | 8,065,250 | 8,065,250 |
| 01/01/2011 | | | 8,065,250 | 8,065,250 |
| 01/01/2012 | | | 8,065,250 | 8,065,250 |
| 01/01/2013 | | | 8,065,250 | 8,065,250 |
| 01/01/2014 | 33,900,000 | 5.000% | 8,065,250 | 41,965,250 |
| 01/01/2015 | 35,725,000 | 5.000% | 6,370,250 | 42,095,250 |
| 01/01/2016 | 39,395,000 | 5.000% | 4,584,000 | 43,979,000 |
| 01/01/2017 | 42,505,000 | 5.000% | 2,614,250 | 45,119,250 |
| 01/01/2018 | 9,780,000 | 5.000% | 489,000 | 10,269,000 |
| | 181,720,000 | | 103,612,500 | 285,332,500 |

## ESCROW STATISTICS

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

| Escrow | Total Escrow Cost | Modified Duration (years) | Yield to Receipt Date | Yield to Disbursement Date | Perfect Escrow Cost | Value of Negative Arbitrage | Cost of Dead Time |
|---|---|---|---|---|---|---|---|
| 2003 PARS Refunding of Term 2018 & Partial 2015: | | | | | | | |
| DSF | 2,016,312.50 | 0.077 | 1.061138% | 0.928189% | 2,011,088.86 | 4,363.34 | 860.30 |
| EQUITY | 16,818,102.91 | 0.077 | 1.061139% | 0.928190% | 16,774,535.01 | 36,401.45 | 7,168.45 |
| BONDPRO | 148,807,137.63 | 0.077 | 1.061139% | 0.928189% | 148,421,647.42 | 322,081.22 | 63,408.99 |
| 2003 Def of Jan 2004 Series 1990 and 1993 Bonds: | | | | | | | |
| DSF | 917,500.00 | 0.628 | 1.161913% | 1.161198% | 902,058.20 | 15,428.18 | 13.62 |
| EQUITY | 20,168,456.80 | 0.674 | 1.165295% | 1.165198% | 19,804,897.15 | 363,516.28 | 43.37 |
| | 188,727,509.84 | | | | 187,914,226.64 | 741,790.47 | 71,492.73 |

Delivery date     04/24/2003
Arbitrage yield   3.881358%

## ESCROW DESCRIPTIONS

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

| Type of Security | Maturity Date | Par Amount | Rate | Yield | Price |
|---|---|---|---|---|---|
| Apr 24, 2003: | | | | | |
| TBill | 05/22/2003 | 167,780,000 | | 1.065% | 99.917719 |
| TNote | 06/30/2003 | 83,000 | 5.375% | 1.028% | 100.799739 |
| TNote | 12/31/2003 | 20,500,000 | 3.250% | 1.167% | 101.416126 |
| | | 188,363,000 | | | |

## ESCROW COST

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

| Type of Security | Maturity Date | Par Amount | Rate | Yield | Price | Cost | Accrued Interest | Total Cost |
|---|---|---|---|---|---|---|---|---|
| TBill | 05/22/2003 | 167,780,000 | | 1.064652% | 99.917719 | 167,641,948.94 | | 167,641,948.94 |
| TNote | 06/30/2003 | 83,000 | 5.375% | 1.028390% | 100.799739 | 83,663.78 | 1,404.92 | 85,068.70 |
| TNote | 12/31/2003 | 20,500,000 | 3.250% | 1.166994% | 101.416126 | 20,790,305.83 | 209,813.54 | 21,000,119.37 |
| | | 188,363,000 | | | | 188,515,918.55 | 211,218.46 | 188,727,137.01 |

| Purchase Date | Cost of Securities | Cash Deposit | Total Escrow Cost |
|---|---|---|---|
| 04/24/2003 | 188,727,137.01 | 372.84 | 188,727,509.85 |
| | 188,727,137.01 | 372.84 | 188,727,509.85 |

## ESCROW CASH FLOW

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

| Date | Principal | Interest | Net Escrow Receipts |
|---|---|---|---|
| 05/22/2003 | 167,780,000.00 | | 167,780,000.00 |
| 06/30/2003 | 83,000.00 | 335,355.63 | 418,355.63 |
| 12/31/2003 | 20,500,000.00 | 333,125.00 | 20,833,125.00 |
| | 188,363,000.00 | 668,480.63 | 189,031,480.63 |

### Escrow Cost Summary

| Series | Purchase Date | Purchase Cost |
|---|---|---|
| PARSMX | 04/24/2003 | 167,641,180.20 |
| DEF | 04/24/2003 | 21,085,956.81 |
| | | 188,727,137.01 |

Apr 21, 2003  5:26 pm  Prepared by Goldman, Sachs & Co.                    (k:\shared\energy\(g-n)\ncmpa\dbc\Ncmpa1:2003PARS)  Page 12

## ESCROW SUFFICIENCY

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

| Date | Escrow Requirement | Net Escrow Receipts | Excess Receipts | Excess Balance |
|---|---|---|---|---|
| 04/24/2003 | | 372.84 | 372.84 | 372.84 |
| 05/22/2003 | | 167,780,000.00 | 167,780,000.00 | 167,780,372.84 |
| 05/26/2003 | 167,779,603.47 | | (167,779,603.47) | 769.37 |
| 06/30/2003 | | 418,355.63 | 418,355.63 | 419,125.00 |
| 07/01/2003 | 418,625.00 | | (418,625.00) | 500.00 |
| 12/31/2003 | | 20,833,125.00 | 20,833,125.00 | 20,833,625.00 |
| 01/01/2004 | 20,833,625.00 | | (20,833,625.00) | |
| | 189,031,853.47 | 189,031,853.47 | 0.00 | |

## PROOF OF COMPOSITE ESCROW YIELD

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

#### All restricted escrows funded by bond proceeds

| Date | Security Receipts | Present Value to 04/24/2003 @ 1.1175532% |
|---|---|---|
| 05/22/2003 | 148,929,678.46 | 148,800,643.84 |
| 06/30/2003 | 319,932.33 | 319,279.33 |
| 12/31/2003 | 20,008,075.87 | 19,855,671.26 |
| | 169,257,686.66 | 168,975,594.43 |

#### Escrow Cost Summary

| Series | Purchase Date | Purchase Cost | Yield Target |
|---|---|---|---|
| PARSMX | 04/24/2003 | 148,807,137.63 | 148,807,137.63 |
| DEF | 04/24/2003 | 20,168,456.80 | 20,168,456.80 |
| | | 168,975,594.43 | 168,975,594.43 |

## FORM 8038 STATISTICS

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

Dated Date       04/24/2003
Delivery Date    04/24/2003

| Bond Component | Date | Principal | Coupon | Price | Issue Price | Redemption at Maturity |
|---|---|---|---|---|---|---|
| Term Bond Insured By AMBAC: | | | | | | |
| | 01/01/2014 | 32,525,000.00 | 3.500% | 100.000 | 32,525,000.00 | 32,525,000.00 |
| | 01/01/2015 | 7,475,000.00 | 3.500% | 100.000 | 7,475,000.00 | 7,475,000.00 |
| Term Bond Insured by MBIA: | | | | | | |
| | 01/01/2015 | 26,475,000.00 | 3.500% | 100.000 | 26,475,000.00 | 26,475,000.00 |
| | 01/01/2016 | 37,150,000.00 | 3.500% | 100.000 | 37,150,000.00 | 37,150,000.00 |
| | 01/01/2017 | 39,700,000.00 | 3.500% | 100.000 | 39,700,000.00 | 39,700,000.00 |
| | 01/01/2018 | 6,375,000.00 | 3.500% | 100.000 | 6,375,000.00 | 6,375,000.00 |
| | | 149,700,000.00 | | | 149,700,000.00 | 149,700,000.00 |

| | Maturity Date | Interest Rate | Issue Price | Stated Redemption at Maturity | Weighted Average Maturity | Yield | Net Interest Cost |
|---|---|---|---|---|---|---|---|
| Final Maturity | 01/01/2018 | 3.500% | 6,375,000.00 | 6,375,000.00 | | | |
| Entire Issue | | | 149,700,000.00 | 149,700,000.00 | 12.3752 | 3.8814% | 3.5524% |

| | |
|---|---|
| Proceeds used for accrued interest | 0.00 |
| Proceeds used for bond issuance costs (including underwriters' discount) | 1,185,667.37 |
| Proceeds used for credit enhancement | 3,590,705.62 |
| Proceeds allocated to reasonably required reserve or replacement fund | 1,019,767.44 |
| Proceeds used to currently refund prior Issues | 148,807,137.63 |
| Proceeds used to advance refund prior Issues | 20,168,456.80 |
| Remaining weighted average maturity of the bonds to be currently refunded | 12.4339 |
| Remaining weighted average maturity of the bonds to be advance refunded | 0.6861 |

## FORM 8038 STATISTICS

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

#### Refunded Bonds

| Bond Component | Date | Principal | Coupon | Price | Issue Price |
|---|---|---|---|---|---|
| Catawba Electric Revenue Bonds, Series 1990: | | | | | |
| ZERO | 01/01/2004 | 3,670,000.00 | 0.000% | 100.000 | 3,670,000.00 |
| Catawba Electric Revenue Bonds, Series 1993: | | | | | |
| TERM2015 | 01/01/2014 | 33,900,000.00 | 5.000% | 90.174 | 30,568,986.00 |
| TERM2015 | 01/01/2015 | 35,725,000.00 | 5.000% | 90.174 | 32,214,661.50 |
| TERM2018 | 01/01/2016 | 39,395,000.00 | 5.000% | 91.000 | 35,849,450.00 |
| TERM2018 | 01/01/2017 | 42,505,000.00 | 5.000% | 91.000 | 38,679,550.00 |
| TERM2018 | 01/01/2018 | 9,780,000.00 | 5.000% | 91.000 | 8,899,800.00 |
| SERMBIA | 01/01/2004 | 16,745,000.00 | 5.000% | 99.581 | 16,674,838.45 |
| | | 178,050,000.00 | | | 162,887,285.95 |
| | | 181,720,000.00 | | | 166,557,285.95 |

| | Last Call Date | Issue Date | Remaining Weighted Average Maturity |
|---|---|---|---|
| Catawba Electric Revenue Bonds, Series 1990 | | 12/18/1990 | 0.6861 |
| Catawba Electric Revenue Bonds, Series 1993 | 05/26/2003 | 03/30/1993 | 12.4339 |
| All Refunded Issues | 05/26/2003 | | 10.9989 |

## UNDERWRITER'S DISCOUNT

### North Carolina Municipal Power Agency Number 1
### 2003 PARS Refunding of Term 2018 & Partial 2015

| Underwriter's Discount | $/1000 | Amount |
|---|---:|---:|
| Average Takedown | 5.00000 | 748,500.00 |
| Management Fee | 0.40000 | 59,880.00 |
| Expenses | 0.56434 | 84,482.37 |
| | 5.96434 | 892,862.37 |