UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
GOLDMAN SACHS, & CO.,                                      :
                                                           :   Case No. 13 CV 1319
                                                           :   Judge Paul A. Crotty
          Plaintiff,                              :
                                                           :
  -against-                                               :   **MOTION TO DISMISS**
                                                           :   **OR, ALTERNATIVELY,**
NORTH CAROLINA MUNICIPAL                                   :   **TO TRANSFER FOR**
POWER AGENCY NUMBER ONE,                                   :   **IMPROPER VENUE**
                                                           :
         Defendant.                              :
---------------------------------------------------------- x

1

576077v.1

**NOW INTO COURT** comes Defendant North Carolina Municipal Power Agency Number One ("NCMPA"), who respectfully submits this motion to dismiss or, alternatively, to transfer for improper venue the complaint filed by Goldman Sachs, & Co. ("Goldman"). For the reasons explained in the attached memorandum, this court should, under Federal Rule of Civil Procedure Rule 12(b)(3) and 28 U.S.C. § 1406(a), either dismiss this action of, in the interest of justice, transfer it to the United States District Court for the Eastern District of North Carolina.

**WHEREFORE,** NCMPA requests that its motion be granted, and that the instant matter be dismissed or, in the interest of justice, transferred to the United States District Court for the Eastern District of North Carolina.

April 26, 2013                                                                 Respectfully submitted,

*/s/ James R. Swanson*
Kevin Madonna (Bar No. 2981181)
KENNEDY & MADONNA, LLP
48 Dewitt Mills Road
Hurley, NY 12443
Office: (845) 481-2622
Fax: (845) 230-3111
kmadonna@kennedymadonna.com

James R. Swanson
Jason W. Burge
FISHMAN HAYGOOD PHELPS
WALMSLEY WILLIS & SWANSON, L.L.P.
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170-4600
Office: 504/586-5252
Fax: 504/586-5250
jswanson@fishmanhaygood.com
jpeiffer@fishmanhaygood.com
jburge@fishmanhaygood.com

Peter Mougey
James L. Kauffman
LEVIN, PAPANTONIO, THOMAS, MITCHELL,

2

RAFFERTY & PROCTOR, P.A.<br>
316 S. Baylen Street, Suite 600<br>
Pensacola, FL 32502<br>
Office: (850) 435-7147<br>
Fax: (850) 436-6147<br>
pmougey@levinlaw.com<br>
jkauffman@levinlaw.com<br>
<br>
*Attorneys for North Carolina Municipal Power Agency Number One*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2013, I electronically filed the foregoing along with the attached memorandum and declarations with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      */s/ James R. Swanson*

576077v.1