UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

GOLDMAN, SACHS & CO.,

          Plaintiff,

          -vs-                        13 CV 1319 (PAC)

NORTH CAROLINA MUNICIPAL      ECF Case
POWER AGENCY NUMBER ONE,

          Defendant.

---------------------------------------x

### DECLARATION OF MATTHEW A. SCHWARTZ

MATTHEW A. SCHWARTZ hereby declares as follows:

1. I am a member in good standing of the bar of this Court. I am a partner at the law firm of Sullivan & Cromwell LLP, counsel to Plaintiff Goldman, Sachs & Co. ("Goldman Sachs") in the above-captioned action.

2. I submit this Declaration in support of Goldman Sachs' Reply in Further Support of Its Motion for a Preliminary Injunction.

3. Attached as Exhibit 7 is a true and correct copy of the Transcript of the May 3, 2013 hearing in the matter captioned *Citigroup Global Markets, Inc.* v. *North Carolina Eastern Municipal Power Agency*, No. 13-cv-1703 (JMF) (S.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 7, 2013  
       New York, New York

Respectfully submitted,

By: /s/ Matthew A. Schwartz  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, NY  10004  
Telephone:  (212) 558-4000  
Facsimile:  (212) 558-3588  
Email:  schwartzmatthew@sullcrom.com  
*Attorney for Plaintiff*  
*Goldman, Sachs & Co.*