UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GOLDMAN, SACHS & CO.,

     Plaintiff,

 -against-

NORTH CAROLINA MUNICIPAL
POWER AGENCY NUMBER ONE,

     Defendants.

---

: Case No. 13 CV 1319
: Judge Paul A. Crotty
:
:
: **NOTICE OF APPEAL**
: **FROM INTERLOCUTORY ORDER**

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Defendant North Carolina Municipal Power Agency Number One hereby appeals to the United States Court of Appeals for the Second Circuit the District Court's December 9, 2013 Opinion and Order in the above-captioned matter.

January 6, 2014

     Respectfully submitted,

     /s/ Kevin Madonna

     Kevin Madonna (Bar No. 2981181)
     KENNEDY &MADONNA, LLP
     48 Dewitt Mills Road
     Hurley, NY 12443
     Office: (845) 481-2622
     Fax: (845) 230-3111
     kmadonna@kennedymadonna.com

     James R. Swanson
     Jason W. Burge
     FISHMAN HAYGOOD PHELPS
     WALMSLEY WILLIS & SWANSON, L.L.P.
     201 St. Charles Avenue, Suite 4600
     New Orleans, Louisiana 70170-4600

Office: 504/586-5252
Fax: 504/586-5250
jswanson@fishmanhaygood.com
jburge@fishmanhaygood.com

Peter Mougey
James L. Kauffman
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
RAFFERTY & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Office: (850) 435-7147
Fax: (850) 436-6147
pmougey@levinlaw.com
jkauffman@levinlaw.com

*Attorneys for North Carolina Municipal Power Agency Number 1*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2014, I electronically filed the foregoing with the Clerk of Court via the Court's CM/ECF system, which sent a notice of filing to all counsel of record.

/s/ Kevin Madonna

2

657677v.1