UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

| | |
|---|---|
| GOLDMAN, SACHS & CO., | Case No. 13 CV 1319 |
| | Judge Paul A. Crotty |
| Plaintiff, | |
| -against- | **NOTICE OF APPEAL** |
| | **FROM INTERLOCUTORY ORDER** |
| NORTH CAROLINA MUNICIPAL POWER AGENCY NUMBER ONE, | |
| Defendants. | |

---------------------------------------------------------

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Defendant North Carolina Municipal Power Agency Number One hereby appeals to the United States Court of Appeals for the Second Circuit the District Court's December 9, 2013 Opinion and Order in the above-captioned matter.

January 6, 2014                                    Respectfully submitted,

/s/ Kevin Madonna

Kevin Madonna (Bar No. 2981181)
KENNEDY &MADONNA, LLP
48 Dewitt Mills Road
Hurley, NY 12443
Office: (845) 481-2622
Fax: (845) 230-3111
kmadonna@kennedymadonna.com

James R. Swanson
Jason W. Burge
FISHMAN HAYGOOD PHELPS
WALMSLEY WILLIS & SWANSON, L.L.P.
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170-4600

1

657677v.1

Office: 504/586-5252
Fax: 504/586-5250
jswanson@fishmanhaygood.com
jburge@fishmanhaygood.com

Peter Mougey
James L. Kauffman
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Office: (850) 435-7147
Fax: (850) 436-6147
pmougey@levinlaw.com
jkauffman@levinlaw.com

*Attorneys for North Carolina Municipal Power Agency Number 1*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2014, I electronically filed the foregoing with the Clerk of Court via the Court's CM/ECF system, which sent a notice of filing to all counsel of record.

/s/ Kevin Madonna