N.Y.S.D. Case #
13-cv-1319(PAC)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of February, two thousand and fourteen.

Before:       Ralph K. Winter,
              *Circuit Judge*.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 06, 2014

Goldman, Sachs & Co.,
    Plaintiff-Appellee,

              v.

North Carolina Eastern Municipal Power Agency Number One,
    Defendant-Appellant.

_____

**ORDER**
Docket No. 14-64

Appellee moves to stay proceedings in this appeal pending the Court's disposition of *Goldman, Sachs & Co. v. Golden Empire Schools Financing Authority* and *Citigroup Global Markets, Inc. v. North Carolina Eastern Municipal Power Agency*, which are proceeding before this Court in the appeals docketed as 13-797 and 13-2247, respectively.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit