# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

June 8, 2015

Via ECF and E-mail

The Honorable Paul A. Crotty
   United States District Judge
      Southern District of New York
         500 Pearl Street, Room 640
         New York, NY 10007

      Re:   *Goldman, Sachs & Co.* v. *North Carolina Municipal Power Agency Number One*, No. 13 cv 1319 (S.D.N.Y.) (PAC)

Dear Judge Crotty:

      Pursuant to this Court's Docket Annotation dated May 26, 2015 in the above-referenced action, I write on behalf of plaintiff Goldman, Sachs & Co. and defendant North Carolina Municipal Power Agency Number One (together, the "Parties") to inform the Court that the Parties have reached a settlement in principle of all claims relating to the above-captioned action. Accordingly, the Parties respectfully request that the Court enter a stay of this action until further notice, while the Parties reduce their settlement agreement to writing. Once a settlement agreement has been executed, the parties anticipate filing a joint stipulation and proposed order dismissing this action with prejudice and without costs.

                                      Respectfully submitted,

                                      Matthew A. Schwartz
                                      *Counsel for Goldman, Sachs & Co.*

cc:    All Counsel of Record (by ECF and e-mail)